IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSETTA NEWSOME ) | |
| O/B/O RASHEED BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:04cv1231-SRW |
| ) | WO |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER ON MOTION

Upon consideration of the plaintiff's motion for status of case, filed January 30, 2006, it is

ORDERED that the motion is GRANTED.  Plaintiff is advised that the action is pending before the court for consideration of plaintiff's memorandum in support of his claim for benefits, filed May 2, 2005, and the memorandum in support of the Commissioner's decision, filed May 31, 2005.

Done, this 30th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE