IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROSETTE NEWSOME o/b/o<br>RASHEED BELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO. 1:04cv1231-SRW<br>)　　　　　　　WO<br>)<br>)<br>)<br>) |

**JUDGMENT**

In accordance with the Memorandum of Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is AFFIRMED.

DONE, this 12th day of July, 2006.

　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE